**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

JEFF CRITCHLOW AUTO BODY, INC.,

          Plaintiff

    v.

CITIZENS BANK OF PENNSYLVANIA,

          Defendant

C.A. NO. 2:23-cv-164_____

## NOTICE OF REMOVAL

    NOW COMES Defendant Citizens Bank, N.A., improperly named as Citizens Bank of Pennsylvania ("Citizens"), by and through its undersigned counsel, and pursuant to 28 U.S.C. §§ 1441 and 1446, files this Notice of Removal to remove this case to the United States District Court for the Western District of Pennsylvania, stating as follows:

**I.      INTRODUCTION**

    1.      On December 13, 2022, Plaintiff Jeff Critchlow Auto Body, Inc. ("Plaintiff") initiated this lawsuit by filing a Complaint in the Court of Common Pleas of Allegheny County, Pennsylvania, naming Citizens as the sole Defendant (the "State Court Action"). A true and correct copy of the docket in the State Court Action is attached hereto as **Exhibit "A."**

    2.      Plaintiff's Complaint was filed in the Court of Common Pleas of Allegheny County at Docket No. GD-22-015328. A true and correct copy of all process, pleadings, and orders served upon Citizens in the State Court Action is collectively attached hereto as **Exhibit "B."**

270105651

3.      On January 4, 2023, Citizens was served with the Complaint.  A true and correct copy of the Sheriff's return, from the State Court Action docket, is attached hereto as **Exhibit "C."**

4.      On January 24, 2023, a Praecipe for Entry of Appearance was filed on behalf of Defendant, Citizens Bank, N.A., a true and correct copy of which is attached hereto as **Exhibit "D".**

5.      No other proceedings have taken place in the State Court Action, and, as set forth above, all filings on the docket in the State Court Action have been attached hereto. *See* **Exhibits "A"- "D."**

6.      This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332 (Diversity Jurisdiction) because this lawsuit is a civil action between citizens of different states, and the amount in controversy exceeds the sum of seventy-five thousand dollars ($75,000.00).  *See* Exhibit B, at ¶ 35 ("Defendant bank is thus liable to Plaintiff for the unlawful payment of these checks, in the amount of $78,223.63.").

7.      This Notice of Removal is timely because it is filed within thirty (30) days after Citizens was served with the Complaint on January 4, 2023.

8.      Promptly upon the filing of this Notice of Removal, a true copy of this Notice of Removal will be provided to all adverse parties pursuant to 28 U.S.C. §1446(d). Pursuant to Fed. R. Civ. P. 5(d), Citizens concurrently files with this Court a Certificate of Service of this Notice of Removal to the adverse parties.

9.      Concurrent with the filing of this Notice of Removal, Citizens is filing a Notice of Filing of Notice of Removal with the Office of Court Records for the Court of Common Pleas of Allegheny County in accordance with 28 U.S.C. §1446(d).

2

270105651

10.     This Notice of Removal is signed pursuant to Fed. R. Civ. P. 11.  *See* 28 U.S.C. §1446(a).

11.     Plaintiff has commenced the subject lawsuit in a state court, and the subject lawsuit is pending at a place within the district and division of this Honorable Court.

12.     Citizens submits this Notice of Removal subject to and without waiving any defenses and rights available to it.

## II.      COMPLETE DIVERSITY

13.     As alleged in the Complaint, Plaintiff maintains a business address at 1798 Babcock Boulevard, in Pittsburgh, Pennsylvania.  **Exhibit "B,"** at ¶ 1.

14.     However, despite Plaintiff' allegations in the Complaint, Citizens is ***not*** a resident of the Commonwealth of Pennsylvania.  Citizens, a federally chartered national banking association, is in fact a citizen of the State of Rhode Island, where it is headquartered with its principal place of business located at 1 Citizens Plaza, Providence, Rhode Island 02903.  *See Wachovia Bank v. Schmidt*, 546 U.S. 303, 307 (2006).  A copy of Citizens' publicly available web site confirming this information is attached hereto as "**Exhibit E**."

15.     Accordingly, there is complete diversity between Plaintiff and Citizens.

## III.     AMOUNT IN CONTROVERSY

16.     In the State Court Action, Plaintiff claims damages in excess of seventy-five thousand dollars ($75,000.00).  **Exhibit "B,"** at ¶ 35.

17.     Accordingly, based upon Plaintiff's pleading, the amount in controversy requirement has been satisfied.

## IV.    CONCLUSION

18.    This action is properly removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446 because the procedural requirements for removal have been satisfied, and this Court has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332.

WHEREFORE, notice is given that this action is removed from the Court of Common Pleas of Allegheny County, Pennsylvania to the United States District Court for the Western District of Pennsylvania.

Respectfully submitted,

CLARK HILL PLC

Dated: February 1, 2023

*/s/Robert J. Hannen*
Robert J. Hannen
Pa. I.D. No. 63432

Ashley L. Buck
Pa. I.D. No. 320537

Firm I.D. No. 282
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, PA 15219-1425
Tel: 412-394-7711
Fax: 412-394-2555
rhannen@clarkhill.com
abuck@clarkhill.com
*Attorneys for Defendant, Citizens Bank, N.A.*

270105651

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing

**NOTICE OF REMOVAL** has been served via the Court's CM/ECF Service and U.S.

Mail, First Class, postage prepaid, this 1st day of February, 2023, as follows:

Daniel R. Tobin, Esquire
2000 Corporate Drive, Ste 350
Wexford, Pennsylvania 15090
dantobin@consolidated.net
*Counsel for Plaintiff*

*/s/Robert J. Hannen*
Robert J. Hannen

270105651