**EXHIBIT A**

# Allegheny County Department Of Court Records

### Civil/Family Division Docket Report

Run Date and Time: 1/24/2023 - 13:5:0

**GD-22-015328**

Jeff Critchlow Auto Body Inc vs Citizens Bank Of P

**Filing Date:**
12/13/2022

**Related Cases:**

**Consolidated Cases:**

**Judge:**
No Judge

**Amount In Dispute:**
$ 78223.63

**Case Type:**
Contract - Other

**Court Type:**
General Docket

**Current Status:**
Praecipe for Appearance

**Jury Requested:**
Y

## --Parties--

| LName | FName | MI | Type | Address | Initial Service Completion | Attorney |
|---|---|---|---|---|---|---|
| Jeff Critchlow Auto Body Inc. | | | Plaintiff | 1798 Babcock Blvd Pittsburgh PA 15209 | -- | Daniel R Tobin |
| Citizens Bank N.A. | | | Defendant | 10561 Telegraph Road Glen Allen VA 23059 | -- | Robert J Hannen |
| Citizens Bank of Pennsylvania | | | Defendant | 1704 Mt. Royal Blvd Glenshaw PA 15116 | 01/04/2023 13:19 | -- |

## --Attorney--

| LName | FName | MI | Type | Address | Phone |
|---|---|---|---|---|---|
| Tobin | Daniel | R | Plaintiff's Attorney | 2000 Corporate Drive Suite 3500 Wexford PA 15090 | 7249407720 |
| Hannen | Robert | J | Attorney | | -- |

## --Non Litigants--

| LName | FName | MI | Type | Address | Phone |
|---|---|---|---|---|---|
| No Litigants Found ||||||

| --Docket Entries-- | | | |
|---|---|---|---|
| Filing Date | Docket Type | Docket Text | Filing Party |
| 1/24/2023 | Praecipe for Appearance | Filed on behalf of Defendant, Citizens Bank, N.A., improperly named as Citizens Bank of Pennsylvania | Robert Hannen J |
| 1/4/2023 | Sheriff Return | Citizens Bank of Pennsylvania was served with Complaint on 04-JAN-23 01:19 PM by Served - Adult Agent or person in charge of Defendant(s) office or usual place of business. SERVED JOHN KLINE | Sheriff - Allegheny County |
| 12/13/2022 | Complaint | | Jeff Critchlow Auto Body Inc. |

| --Judgments Against-- | | |
|---|---|---|
| Name | Amount | Satisfied(Y,N) |
| No Judgments Found | | |

| --Events Schedule-- | | | |
|---|---|---|---|
| Event Scheduled | Event Date & Time | Room Number | Judge/Hearing Officer |
| No Information Found | | | |